IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSCAR MAYER FOODS CORPORATION | : | CIVIL ACTION |
| v. | : | |
| MECHTRONICS INDUSTRIES, INC. | : | NO. 91-4069 |

### O R D E R

This action has been in Civil Suspense since July 17, 1995. There has been no action in this case for a number of years.

AND NOW, this       day  of December, 2003,  it  is hereby ORDERED that plaintiff shall report, in writing to the Court, within 30 days the status of the above captioned action. Failure to respond within 30 days will result in dismissal of the above captioned action without prejudice

.

THOMAS N. O'NEILL, JR.,     J.